UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|       Plaintiff, | ) |
| v. | ) |
| (1) $70,000.00 IN UNITED STATES CURRENCY, | ) MBD No.: 25-mc-91431 |
| (2) ONE ROLEX WATCH BEARING SERIAL NUMBER 013KL245, and | ) |
| (3) ONE ROLEX WATCH BEARING SERIAL NUMBER 291063E3, | ) |
|       Defendants *in rem* | ) |

**ASSENTED-TO MOTION TO EXTEND TIME TO FILE CIVIL FORFEITURE COMPLAINT FOR 30 DAYS, TO AND INCLUDING OCTOBER 16, 2025**

The United States of America, by its attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, as authorized pursuant to 18 U.S.C. § 983(a)(3)(A), moves to extend from September 16, 2025 to October 16, 2025, the time in which the United States is required to file a Verified Complaint for Forfeiture *in Rem* alleging forfeiture regarding the following properties to which claims have been filed by in a nonjudicial civil forfeiture proceeding with the Department of Homeland Security, Customs and Border Protection ("CBP"):

    a. $70,000.00 in United States currency;

    b. one Rolex Watch bearing serial number 013KL245; and

    c. one Rolex Watch bearing serial number 291063E3.

(collectively, the "Defendant Property"). The complaint has been substantially drafted and is undergoing internal review.

Claimants Michael McInerney and Crystal O'Reilly has filed a claim to the Property, (the "Claimants"). Via email dated September 12, 2025, Mr. McInerney assented to this request on behalf of himself and Ms. O'Reilly, who is his wife.

A proposed Order Extending the Time to File Civil Forfeiture Complaint is submitted herewith. The United States, in support of this motion, states as follows:

1. The Properties were seized on or about January 20, 2024.

2. CBP sent notice of its intent to forfeit the Property administratively, as required by 18 U.S.C. § 983(a)(1)(A).

3. The Claimants filed a respective claim to the Property on or about June 18, 2025 which were received by CBP on a timely basis.

4. No other person has filed a claim to the Property as required by law in the nonjudicial civil forfeiture proceeding, and the time within which to file such claims has expired. *See* 18 U.S.C. § 983(a)(2)(A)-(E).

5. CBP transmitted the claims received in the nonjudicial civil forfeiture proceedings for the Property to the United States Attorney for the District of Massachusetts, for the purpose of initiating a judicial forfeiture action against the Properties.

7. In general, the United States must take action within 90 days after a claim was filed in the nonjudicial forfeiture proceeding, unless the time has been extended for good cause or upon agreement of the parties. Specifically, 18 U.S.C. § 983(a)(3)(A) provides:

> (A) Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties.

7. Good cause exists for the extension as the United States is currently gathering

information about the seizure of the Property, including information from the seizing agency, in order to review the facts surrounding the seizure of the Property, and consider, among other things, whether to file a civil forfeiture complaint. The government thus requests a 30-day extension to allow for internal review of the complaint.

8. The United States respectfully requests an extension of time, up to and including October 16, 2025, so that the internal review of the complaint can occur.

## CONCLUSION

The United States respectfully requests that the Court enter an Order extending the period in which the United States is required to file a civil complaint against the Property and/or to obtain an indictment alleging that the Property are subject to forfeiture, up to and including October 16, 2025.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney,

By:    /s/ *Annapurna Balakrishna*
ANNAPURNA BALAKRISHNA
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
annapurna.balakrishna@usdoj.gov

Dated: September 12, 2025