UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF: | ) ) ) |
| (1) $70,000.00 IN UNITED STATES CURRENCY, | ) ) ) |
| (2) ONE ROLEX WATCH BEARING SERIAL NUMBER 013KL245, and | ) ) ) ) |
| (3) ONE ROLEX WATCH BEARING SERIAL NUMBER 291063E3, | ) ) ) ) |
| Defendants *in rem* | ) |

MBD No.: 25-MC-91431-IT

## MOTION FOR A STAY OF DEADLINE TO FILE A CIVIL FORFEITURE COMPLAINT IN LIGHT OF LAPSE OF APPROPRIATIONS

The United States of America hereby moves for a stay of the deadline to file a civil forfeiture complaint in the above-captioned case. The current deadline is October 16, 2025.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the deadline to file a civil forfeiture complaint until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5.  Counsel for the Government reached out to the claimants via email on the morning of October 9, 2025, to inquire about the claimants' position on this motion but has not yet received a reply.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of stay of the deadline to file a civil forfeiture complaint in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

> Respectfully,
>
> Leah B. Foley
> United States Attorney
>
> */s/ Annapurna Balakrishna*
> Annapurna Balakrishna
> Assistant United States Attorney
> (617) 748-3111
> annapurna.balakrishna@usdoj.gov

## Rule 7.1 Certification

I certify that I attempted to confer with claimants, who are pro se, before I filed this motion by sending an email asking for their position on this motion.

> */s/ Annapurna Balakrishna*
> Annapurna Balakrishna
> Assistant United States Attorney